**James T. BROWN, Plaintiff—
Appellant,**

v.

**Robert M. DORAN; K. Keeley,
Defendants—Appellees.**

No. 04–1473.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 18, 2004.

Decided Nov. 23, 2004.

James T. Brown, Appellant pro se. Jonathan Samuel Cohen, Paula Keyser Speck, United States Department of Justice, Washington, D.C., for Appellees.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James T. Brown appeals from the district court's orders dismissing his complaint for lack of jurisdiction and denying his motion for reconsideration. We have reviewed the record and the district court's memorandum and opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. Doran,* No. CA–02–1019–1 (M.D.N.C. Dec. 3, 2003 & Feb. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*